Jose OLVERA–FRIAS, aka Jose Olivera–Frias, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 04–71359.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.*

Filed March 27, 2008.

Daniel E. Chavez, Esq., Law Offices of Daniel E. Chavez, Petaluma, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Virginia Lum, Terri J. Scadron, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

Jose Olvera–Frias, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying him relief under former 8 U.S.C. § 1182(c). We have jurisdiction pursuant to 8 U.S.C.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

§ 1252. *Fernandez–Ruiz v. Gonzales,* 468 F.3d 1159, 1163 (9th Cir.2006). We deny the petition for review.

The record does not compel the conclusion that Olvera–Frias met his burden of proving unrelinquished domicile. *See Singh–Kaur v. INS,* 183 F.3d 1147, 1150 (9th Cir.1999) (stating that a contrary result is not compelled where there is "[t]he possibility of drawing two inconsistent conclusions from the evidence") (internal quotation marks and citation omitted).

Olvera–Frias' due process contention is unpersuasive. We note that the BIA did not use its affirmance without opinion procedure in this case.

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.